| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Harold Holt Woodbury III** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–4426** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | |
| Case number: | **17–33870–KRH** | |

## Discharge of Debtor                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Harold Holt Woodbury III
aka Trace Woodbury, dba C3 Holdings LLC;
26–2893783, dba Ridge IT Corporation;
46–4439620, dba North America Tire Recycling,
Inc.; 46–3844939, fdba C3NS, Inc.; 20–3577370,
fdba K2W Enterprises Corporation; 46–4719868,
fdba C3RS Inc; 26–2353102

<u>February 22, 2018</u>                              **For the court:**        William C. Redden
                                                                               Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                              **Discharge of Debtor**                                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 17-33870-KRH
Harold Holt Woodbury, III                                                 Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: ramirez-l         Page 1 of 2         Date Rcvd: Feb 22, 2018
                             Form ID: 318            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.
```
db              +Harold Holt Woodbury, III,    404 E. Brookland Park Blvd.,    Richmond, VA 23222-3009
13999741        +Bon Secours St. Mary's Hospita,    5801 Bremo Road,    Richmond, VA 23226-1907
13999742        +Business Finance Group, Inc.,    US Small Business Administrati,    3930 Pender Drive, Ste 300,
                  Fairfax, VA 22030-0986
13999745        +Charlene Abel,    9801 Heritage Lane,    Indian Trail, NC 28079-7700
13999747        +Chris Campion, Jr.,    914 Woodcrest Drive,    Spring Lake Heights, NJ 07762-2250
13999748        +Citibank, N.A.,    3900 Paradise Road, Suite 127,    Las Vegas, NV 89169-0950
13999749        +Dwayne L. Garrett, Esq.,    2568 A Riva Road, Suite 301,    Annapolis, MD 21401-7449
13999750        +George Wray,    549 Rua De Matta Street,    San Antonio, TX 78232-1115
13999751         Gretchen Hendricks,    1017 Shipman Lane,    Mc Lean, VA 22101-2135
13999752        +H. Holt Woodbury, Jr.,    5175 Peters Creek Road,    Roanoke, VA 24019-3809
13999753       ++HORIZON FINANCIAL MANAGEMENT LLC,    9980 GEORGIA ST,    CROWN POINT IN 46307-6520
                (address filed with court:   Horizon Financial Management,     9980 Georgia Street,
                  Crown Point, IN 46307-6520)
13999754        +Jessica Bradburn Haskins,    46155 Kayak Court,    Great Mills, MD 20634-3083
13999755        +MainStreet Bank,    727 Elden Street,    Herndon, VA 20170-4669
13999756         Mainstreet Bank,    10089 Fairfax Blv.d,    Fairfax, VA 22030-0000
13999757         Sean Stanard,    3102 Babashaw Court,    Alexandria, VA 22301-0000
13999758        +St. Francis Medical Center,    P.O. Box 404893,    Atlanta, GA 30384-4893
13999761        +Virginia Whittaker,    2168 Eggleston Road,    Eggleston, VA 24086-3010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QBHMATSON.COM Feb 23 2018 02:33:00      Bruce H. Matson,
                  LeClair Ryan, A Professional Corporation,    919 East Main Street,    24th Floor,
                  Richmond, VA 23219-4622
13999743        +EDI: CAPITALONE.COM Feb 23 2018 02:34:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                  Salt Lake City, UT 84130-0253
13999744         EDI: CAPITALONE.COM Feb 23 2018 02:34:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
                  Charlotte, NC 28272-1083
13999746        +EDI: CHASE.COM Feb 23 2018 02:33:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                  Wilmington, DE 19850-5298
14038628         EDI: BECKLEE.COM Feb 23 2018 02:33:00      State Farm Bank,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
13999759        +EDI: STFM.COM Feb 23 2018 02:34:00      State Farm Financial S,    1 State Farm Plaza,
                  Bloomington, IL 61710-0001
13999760        +EDI: TCISOLUTIONS.COM Feb 23 2018 02:33:00      Total Card, Inc.,    5109 S. Broadband Lane,
                  Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 7
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*            +Bruce H. Matson,    LeClair Ryan, A Professional Corporation,    919 East Main Street,
                  24th Floor,    Richmond, VA 23219-4622
cr*              State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0422-7          User: ramirez-l              Page 2 of 2                  Date Rcvd: Feb 22, 2018
                              Form ID: 318                 Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
          Anna Drake Dunkum    on behalf of Debtor Harold Holt Woodbury, III adunkum@hjlaw.com,
           hj@hjlaw.com;szongolowicz@hjlaw.com;etinaro@hjlaw.com;mborowczyk@hjlaw.com;lcraig@hjlaw.com
          Bruce H. Matson    bhmtrustee@leclairryan.com,    bmatson@ecf.epiqsystems.com
          Bruce H. Matson    on behalf of Trustee Bruce H. Matson bhmtrustee@leclairryan.com,
           bmatson@ecf.epiqsystems.com
          Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
          Shannon  Pecoraro    on behalf of U.S. Trustee Judy A. Robbins Shannon.pecoraro@usdoj.gov,
           june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov
                                                                                             TOTAL: 5